UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL ACTION NO. 1:15cv00657-WOB-KLL

Serif-lee:tugrul                                                PLAINTIFF

VS.                             **O R D E R**

KEITH WEINER, ET AL.                                            DEFENDANTS

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 9), and there being no objections thereto, and being otherwise advised,

**IT IS ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Doc. 9) be, and it hereby is, **adopted** as the finding of fact and conclusions of law of this Court; that plaintiff's motion for a temporary restraining order (Doc. 3, 8) be, and it hereby is, **denied**.

This 16th day of December, 2015.



Signed By:
*William O. Bertelsman* WOB
United States District Judge