UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CIVIL ACTION NO. 1:15cv657 (WOB-KLL)**

serif-lee tugrul                                                              PLAINTIFF

VS.                                    **ORDER**

**KEITH D. WEINER, ET AL**                                              DEFENDANT

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc.19), and no objections having been filed, and the Court being sufficiently advised,

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Doc. 19) be, and hereby is, **adopted** as the findings of fact and conclusions of law of this Court; that defendant, John Stumpf, CEO Wells Fargo's motion to dismiss the complaint (Doc. 12) be, and hereby is, **granted**; that the complaint against defendants Keith D. Weiner, Attorney and Principal Kim Hammond, et al, and David Hooker, Attorney and Principal Thompson Hines LLP be, and hereby is, *sua sponte* **dismissed** pursuant to Fed.R.Civ.P. 12(b)(1); and that plaintiff's motion for declaratory judgment (Doc. 4) be, and hereby is, **denied.**

This 30th day of March, 2016.



Signed By:
*William O. Bertelsman* WOB
United States District Judge